# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CIVIL NO: 11-CV-02359

| | |
|---|---|
| ANDREA KELNER F/K/A ANDREA GARDNER, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| GC SERVICES, LP, | )  **NOTICE OF SETTLEMENT** ) |
| Defendant. | ) |

NOW COMES Plaintiff, ANDREA KELNER F/K/A ANDREA GARDNER ("Plaintiff"), by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of being finalizing, which Plaintiff anticipates will be within the next thirty (30) days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: August 29, 2011        **KROHN & MOSS, LTD.**

By: /s/ Lee Cassie Yates _
Lee Cassie Yates- # 0352688
Krohn & Moss, Ltd.
10 N. Dearborn Street, 3rd Floor
Chicago, IL 60602
Phone: (312) 578-9428

*Attorney for Plaintiff*

1

NOTICE OF SETTLEMENT