# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CIVIL NO: 11-CV-02359

| | |
|---|---|
| ANDREA KELNER F/K/A ANDREA GARDNER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| GC SERVICES, LP, | )  **NOTICE OF VOLUNTARY**<br>)  **DISMISSAL** |
| Defendant. | ) |

NOW COMES Plaintiff, ANDREA KELNER F/K/A ANDREA GARDNER ("Plaintiff"), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP ("Defendant"), in this case.

Respectfully Submitted,

DATED:  October 7, 2011          **KROHN & MOSS, LTD.**

By: /s/ Lee Cassie Yates
Lee Cassie Yates- # 0352688
Krohn & Moss, Ltd.
10 N. Dearborn St. 3rd Floor
Chicago, IL 60602
Phone: (312) 578-9428

*Attorney for Plaintiff*

1